# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT

All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. No. 26-7128
2. DATE DOCKETED: June 22, 2026
3. CASE NAME (lead parties only) Kyong Barry and Iris Scott v. United Food And Commercial Workers
4. TYPE OF CASE: ☒ District Ct - ◉ US Civil ○ Private Civil ○ Criminal ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ○ Yes ◉ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No. — Civil Action Docket No. 124-cv-0' ; Criminal ; Miscellaneous
      Bankruptcy Court Docket No. — Bankruptcy ; Adversary ; Ancillary
      Tax Court Docket No. — Tax
   b. Review is sought of:
      ☒ Final Order ☐ Interlocutory Order appealable as of right ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Trevor N. McFadden Magistrate Judge
   d. Date of order(s) appealed (use date docketed): June 22, 2026
   e. Date notice of appeal filed: June 17, 202
   f. Has any other notice of appeal been filed in this case? ○ Yes ◉ No If YES, date filed:
   g. Are any motions currently pending in trial court? ○ Yes ◉ No If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? ○ Yes ◉ No
      If NO, why not? There has been no substantive hearing in this case.
   i. Has this case been before the Court under another appeal number? ○ Yes Appeal # ◉ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes ◉ No If YES, give each case's court and case name, and docket number:
   k. Does this case turn on validity or correct interpretation or application of a statute? ◉ Yes ○ No
      If YES, give popular name and citation of statute Labor-Management Reporting and Disclosure Act, 29 U.S.C. ch.
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ○ Yes ◉ No If so, provide program name and participation dates

Signature /s/ (Tom's signature) Date July 22, 2026

Name of Party Thomas Geoghegan

Name of Counsel for Appellant/Petitioner Thomas Geoghegan

Address Despres, Schwartz, and Geoghegan, Ltd.

Phone ( 312 ) 372-2511 Fax ( ) -

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)