**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

KYONG BARRY, and
IRIS SCOTT,

Petitioners, No. 26-7128

v.

UNITED FOOD AND COMMERCIAL
WORKERS, MARC PERRONE, and
MILTON JONES,

Respondents.

**STATEMENT OF THE ISSUE TO BE RAISED**

Pursuant to the Court's Order of June 22, 2026, Petitioners in Case 26-7128 submit this non-binding, preliminary statement of issues to be raised in this appeal:

(1) Was the Court correct in its ruling that the UFCW's delegate appointment formula does not infringe members' "equal" right to vote under Section 101(a)(1) of the LMRDA?

(2) Was the Court correct in holding that Section 101(a)(1) of the LMRDA requires only an equal right to vote within a local union and not to an equal right to vote within the international union for purpose of electing delegates to a convention of the international union?

(3) Does the gross disparity in the voting power between the smallest and largest UFCW locals in electing delegates to the international union violate the equal right to a meaningful vote for purpose of Section 101(a)(1) and 01(a)(2)?

Dated: July 22, 2026

Respectfully Submitted,

By: */s/ Thomas H. Geoghegan*
*Counsel for Plaintiffs*

Thomas H. Geoghegan

Willem W. Bloom

77 W. Washington St., Ste. 711
Chicago, IL 60602
Tel: (312) 372-2511
Email: tgeoghegan@dsgchicago.com