# United States Court of Appeals
for the
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BARRY et al., | ) | |
| | ) | Case No. 26-7128 |
| Appellants | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED FOOD & COMMERCIAL WORKERS (UFCW), et al., | ) | |
| | ) | |
| | ) | |
| Appellees. | ) | |
| | ) | |

**ASSOCIATION FOR UNION DEMOCRACY'S**
**NOTICE OF CONSENT TO FILE AMICUS BRIEF**

Pursuant to Federal Rule of Appellate Procedure 29(a)(2) and Circuit Rule 29(b), the Association for Union Democracy ("AUD") hereby represents to the Court that all parties have graciously consented to AUD filing an amicus brief in the above-captioned matter. AUD's brief will be in support of Appellants, and AUD proposes to file it by November 23, 2026, one week after the November 16, 2026 deadline for Appellants' opening brief, or at such other time as directed by the Court.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to FRAP 26.1 and D.C. Circuit Rule 29(b), AUD states that it is a nonprofit New York corporation. It is not a subsidiary of any other corporation, and it has no corporate subsidiaries. No company has a ten percent or greater ownership interest in AUD.

## STAEMENT OF INTEREST

The Association for Union Democracy is a nonprofit New York corporation founded in 1969. AUD devotes itself exclusively to the advancement of democracy in American labor unions. Its sponsors include union members, academics, and lawyers who share the view that organized labor can play a more constructive role in our pluralistic society when union leaders are responsive to their members and unions are democratic and just in their internal union affairs.

No other organization devotes itself primarily to the cause of union democracy. AUD's mission is not to take sides in particular union disputes. Rather it seeks full protection of the rights of all union members to participate in the affairs of their unions, without fear of retaliation.

AUD sponsors educational programs and publishes educational materials on union democracy and the rights of union members within their unions. It also

responds to requests from union members for information, assistance and legal referrals. It works to strengthen the statutory and regulatory framework for democratic union governance, including by petitioning for or commenting on U.S. Department of Labor rulemaking proposals.

On many occasions, AUD has filed amicus briefs in the U.S. Supreme Court, various U.S. Courts of Appeals, and the National Labor Relations Board.

AUD proposes to analyze the legislative history, purpose and structure of the key statutory provision at issue in this case, namely Section 101(a)(1) of the Labor Management Reporting and Disclosure Act of 1951 (LMRDA), 29 U.S.C. § 411(a)(1). AUD believes the Court will find its brief helpful in understanding how the LMRDA instructs courts to scrutinize alleged inequalities in voting rights among members of an International Union.

Dated: November 6, 2026

Respectfully submitted,

/s/ Catherine Highet
Catherine A. Highet
Oregon State Bar No. 071306
Attorney for Amicus Association for Union Democracy
Highet Law, LLC
7423 SW 33rd Ave.
Portland, OR 97219
cathy@highetlaw.com
Tel: 503-853-4378

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November, 2026, I electronically filed the foregoing Notice of Consent to File Amicus Brief with the Clerk of the Court for the U.S. Court of Appeals for the District of Columbia by using the appellate CM/ECF system. I further certify that this document was served on all parties or their counsel of record through the appellate CM/ECF system.

Dated: November 6, 2026

Respectfully submitted,

/s/ Catherine Highet

Catherine A. Highet
Oregon State Bar No. 071306
Attorney for Amicus Association for Union Democracy
Highet Law, LLC
7423 SW 33rd Ave.
Portland, OR 97219
cathy@highetlaw.com
Tel: 503-853-4378